HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MATTHEW M. SCOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-mj-183 CKD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | ) ) | HEARING AND STATUS OF COUNSEL AND EXCLUDE TIME |
| MELVIN LEE GREGORY, | ) ) | |
| Defendant. | ) ) ) | DATE:   October 2, 2015 TIME:   1:00 p.m. JUDGE:  Hon. Gregory G. Hollows |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHELLE RODRIGUEZ and Defendant MELVIN LEE GREGORY, individually and by his counsel of record, Assistant Federal Defender MATTHEW M. SCOBLE, hereby stipulate to continue the Preliminary Hearing and Status of Counsel set for October 2, 2015 to October 27, 2015 at 2:00 p.m.

The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of the evidence, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case via an information and an agreed upon plea deal.

The parties further stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy

trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7), (Local Code T4).

Dated: September 24, 2015          Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender

                                              */s/ Matthew M. Scoble*
                                              MATTHEW M. SCOBLE
                                              Assistant Federal Defender

                                              Attorney for Defendant
                                              MELVIN LEE GREGORY

Dated: September 24, 2015          BENJAMIN WAGNER
                                              United States Attorney

                                              */s/ Michelle Rodriguez*
                                              MICHELLE RODRIGUEZ
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**O R D E R**

Finding good cause, the Court orders the preliminary hearing and status of counsel continued to October 27, 2015, at 2:00 p.m., before the Hon. Dale A. Drozd; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE