UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

FEB 24 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN LEE GREGORY,<br><br>Defendant. | No. 2:15-CR-00203-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MELVIN LEE GREGORY;

Case No. 2:15-CR-00203-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

       ___ Unsecured Appearance Bond

       ___ Appearance Bond with 10% Deposit

       ___ Appearance Bond with Surety

       ___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on __2/24/20__, at __10:13 a.m.__

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge